**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KARA CONTINENZA,** | ) | **CASE NO.  4:08CV02173** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **NCO FINANCIAL SYSTEMS, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Upon representation of counsel that the above entitled cause of action has been settled between the parties, **IT IS ORDERED** that the docket be marked, settled and dismissed, with prejudice, with parties to bear their own costs.

**IT IS SO ORDERED.**

**/s/ Peter C. Economus – February 9, 2009
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE**